# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**MARK A. MAYS,** *et al.*,

    **Plaintiffs,**

**v.**
    Civil Action 2:11-cv-01007
    Judge Algenon L. Marbley
    Magistrate Judge E.A. Preston Deavers

**WILLIAM A. ELEBY,** *et al.*,

    **Defendants.**

## ORDER

On November 8, 2011, Plaintiff Mark A. Mays commenced this action. Plaintiff, however, failed to either pay the filing fee or apply to proceed without the prepayment of fees. On November 14, 2011, the Court directed Plaintiff to cure this deficiency within thirty days, noting that failure to do so would result in dismissal. As of the date of this Order, Plaintiff has not taken any action. Accordingly, this case is **DISMISSED** without prejudice. The Clerk is **DIRECTED** to remove the action from the Court's pending case list.

    **IT IS SO ORDERED.**

                                            s/Algenon L. Marbley
                                            **ALGENON L. MARBLEY**
                                            **UNITED STATES DISTRICT COURT**