**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

### JUDGMENT IN CIVIL CASE

**MARK A. MAYS,** *et al.*,

    **Plaintiffs,**

v.                                    Civil Action 2:11-cv-01007
                                                      Judge Algenon L. Marbley
                                                      Magistrate Judge E.A. Preston Deavers

**WILLIAM A. ELEBY,** *et al.*,

    **Defendants.**

[ ] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.**  This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED That pursuant to the December 21, 2011 Order, the Court DISMISSED this action without prejudice due to Plaintiff's failure to pay the filing fee or apply to proceed without the prepayment of fees.

Date:  **December 21, 2011**                    **James Bonini, Clerk**

                                                                           s/Betty L. Clark
                                                                          Betty L. Clark/Deputy Clerk